IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

C. GORDON DILLARD,

        Plaintiff,               1:13-cv-00373-CL

        v.                         ORDER

THE STATE OF OREGON, et al.,

        Defendants.

CLARKE, Magistrate Judge.

    Pursuant to 28 U.S.C. § 1914, a party seeking to institute a civil action shall pay a filing fee of $350.00. An action may proceed without the prepayment of a filing fee only upon a proper application to proceed in forma pauperis. 28 U.S.C. § 1915(a).

    Plaintiff has neither submitted the filing fee nor moved to proceed in forma pauperis. Accordingly, it is ordered that plaintiff shall submit the requisite fee or an application to

1 - ORDER

proceed in forma pauperis within 30 days of the date of this order. Failure to either pay the fee or file a proper application to proceed in forma pauperis will result in the dismissal of this proceeding for failure to prosecute.

The clerk of the court is requested to send plaintiff the appropriate form.

IT IS SO ORDERED

DATED this 7 day of March, 2013.

Mark D. Clarke
United State Magistrate Judge

2 - ORDER